**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Herschel Glenn Marcantel, Jr.
Attorney at Law
P.O. Box 1968
Opelousas LA 70571

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 20, 2019

**REHEARING ACTION: March 20, 2019**

**Docket Number: 18   00480-CA**

**DIONISIO GONZALEZ, ET AL.**
**VERSUS**
**CAREY LESHAWN JIMMERSON, ET AL.**

**Appealed from St. Martin Parish Case No. 79979**

**BEFORE JUDGES:**

  **Hon. Elizabeth A. Pickett**
  **Hon. John E. Conery**
  **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing and the request for en banc rehearing filed by **Gregorio Gonzalez** have

this day been

  **DENIED.**

cc: Kraig Thomas Strenge, Counsel for the Appellee